# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 04-0762-WS-M |
| | ) | |
| **SEYMOUR A. IRBY III, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on the defendants' motion to amend answer. (Doc. 28). The deadline for filing motions to amend the pleadings passed on April 22, 2005, (Doc. 13, ¶ 5), and the defendants have neither requested and obtained an extension of time from the Magistrate Judge nor represented that the plaintiff has no objection to their untimely motion. Accordingly, the motion to amend is **denied**. The defendants' amended answer, (Doc. 29), which was filed without leave of Court, is **stricken**.

DONE and ORDERED this 19th day of September, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE