**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 04-0762-WS-M** |
| | ) | |
| **SEYMOUR A. IRBY III, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**FINAL JUDGMENT**

In accordance with the Court's order of February 3, 2006, the plaintiff shall have and recover from the defendants Seymour A. Irby III and Audrey M. Irby the sum of $35,500.00. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of plaintiff United States of America and against defendants Seymour A. Irby III and Audrey M. Irby.

DONE this 9th day of May, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE